**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
**United States Bankruptcy Judge**

**Dated: October 22, 2014**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN          DIVISION

In re: Mark Edward Fox
      Sandra Fox

      Debtor(s)

Case No.:  12-58841

Chapter: 13

Judge:  C. Kathryn Preston

### Order Denying Motion/Application(DOC. NO.  59   )
### DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

The above-referenced Motion or Application (hereinafter, the "Motion" regardless of title) does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒   The certificate of service reflects that

      Great Seneca Financial, National Check Bureau and MRC Receivables

NCOBasc
(08/31/2012)

was served at an address other than the address found on debtor(s)' petition or schedules, the notice address on the addressee's proof of claim, or an address on the addressee's prior filing. (LBR 9013-3 (g) requires that if the address used for service of any filing, application, motion or other paper or document differs either from the address shown in the debtor's petition or schedules, the notice address on the addressee's proof of claim, or an address on the addressee's prior filing, if any, said difference must be explained.) Because of the discrepancies in addresses, the court is unable to determine if service of the motion is proper.

It is **ORDERED** that if (1) a filing deadline applies to the document that is the subject of this order, (2) the document was filed within that deadline, but such deadline had expired on the date this order was entered or will expire within 10 days from the date of entry of this order and (3) the Federal Rules of Bankruptcy Procedure do not preclude an enlargement of the deadline for filing the document, then the party filing the document shall have 10 calendar days from the date of entry of this order to file a motion which corrects the deficiencies described above. If the time period for filing the document has not already expired, but instead will expire on a date that is later than 10 days after the date of entry of the order, then the party will have until such date to file a motion which corrects the deficiencies.

The Motion is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Copies To:
Default List

###